29 So.2d 892

### BIRMINGHAM ELECTRIC CO. v. Lula TAYLOR.

6 Div. 348.

Court of Appeals of Alabama.
Dec. 3, 1946.

632

Wm. Conway, of Birmingham, for appellee.

BRICKEN, Presiding Judge.

Upon the trial of this case in the court below judgment was rendered in favor of plaintiff in the sum of $800 from which defendant, in due time, appealed to this court.

The submission of this case here is upon motion of the respective parties in writing, that this court enter a consent order to the effect that the judgment appealed from be reversed and the cause remanded to the lower court for the entry of a consent judgment. Said motion is hereby granted. The judgment of the lower court is reversed by consent of parties, and the cause remanded.

Reversed and remanded.